**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINSEVILLE DIVISION**

700 TRUST

VS.   CASE NO. 1:24-cv-00237-MW-ZCB
      BANKRUPTCY NO. 24-10230-KKS

## **APPELLANT'S MOTION FOR EXTENSION OF TIME**

Appellant 700 TRUST, by and through its undersigned counsel, moves this Court for an order granting a thirty-day enlargement of time within which to respond to the Briefing Schedule Order, and as grounds shows that:

1. The Briefing Schedule Order was entered on December 20, 2024, shortly before the Christmas and New Year's Holidays.

2. The transcript from the Northern District Bankruptcy Court hearing on December 18, 2024, was unavailable to the Appellant until on or about December 30, 2024.

3. The Transcript is essential to preparing the Appellant's statement of issues and drafting Appellant's Brief.

WHEREFORE, Appellant respectfully requests that the Court enter an order:

a. Granting Appellant's motion for enlargement of time and giving Appellant thirty days within which to respond to Briefing Schedule Order;

b. Granting such other and further relief as this Court may deem proper.

Respectfully submitted,
Gort Law, P.A.

By: */s/Michael A. Gort*
Michael Gort
Florida Bar No. 73809
601 Heritage Drive, Suite 457
Jupiter, FL 33458
561-900-0478 Office
561-900-3213 Direct and Fax
E-Service: mike@gortlaw.com
Attorney for the Appellant

## **CERTIFICATE OF SERVICE**

A certificate of service is not required as no opposing party has yet appeared in this appeal.

*/s/Michael A. Gort*
Michael Gort
Florida Bar No. 73809
601 Heritage Drive, Suite 457
Jupiter, FL 33458
561-900-0478 Office
561-900-3213 Direct and Fax
E-Service: mike@gortlaw.com
Attorney for the Appellant