# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**In re: 700 TRUST,**

  *Appellant/Debtor*.

**Case Nos.:** **1:24cv237-MW/ZCB**
**1:24cv241-MW/MAF**
**1:25cv10-MW/HTC**
**1:25cv27-MW/ZCB**

_____/

## ORDER GRANTING MOTIONS TO
## CONSOLIDATE APPEALS AND RESETTING SCHEDULE

This Court has considered, without hearing, Appellant's motion to consolidate these appeals and to extend deadlines. ECF No. 15 in Case No.: 1:24cv237; ECF No. 15 in Case No.: 1:24cv241; ECF No. 14 in Case No.: 1:25cv10; and ECF No. 12 in Case No.: 1:25cv27. These motions are **GRANTED**. These appeals are consolidated under lead Case No.: 1:24cv237. All filings for these appeals shall be made under the lead case number, but the arguments in each filing must clearly identify the case number for the appeal to which they pertain.

For purposes of judicial economy, the briefing deadlines for all cases are extended as follows. Appellant's initial, consolidated brief for these four cases is due **on or before Friday, April 18, 2025.** Appellee's brief is due **on or before Friday, May 2, 2025.** Appellant's consolidated reply brief is due **on or before Monday,**

**May 12, 2025.** Failure to abide by these deadlines may result in dismissal of these appeals.

Appellant counsel should note this Court will not tolerate any further delays. Counsel is an officer of the court and bound by the rules of ethics and professionalism, and he will be held accountable for everything he files with this Court. *See* 28 U.S.C. § 1927. Accordingly, counsel should govern himself accordingly.

**SO ORDERED on March 6, 2025.**

**s/Mark E. Walker**
**Chief United States District Judge**